# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. See Instructions on the reverse of the form.

**I. (a) PLAINTIFFS** Supreme Oil Company, Incorporated

**DEFENDANTS** Sirob Imports, Inc. and John Does 1-10

(b) County of Residence of First Listed Plaintiff: **BERGEN**

County of Residence of 1st Listed Defendant: **SUFFOLK**
NOTE: In land condemnation cases, use the location of the land involved.

(c) Attorneys (Firm Name, Address, Telephone No., Email Address)
**Carella, Byrne, 5 Becker Farm Road, Roseland, NJ 07068, (973)994-1700, dgilfillan@carellabyrne.com**

Attorneys (If Known)

## II. BASIS OF JURISDICTION
(Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

Nature of Suit: ☒ 840 Trademark

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (do not cite jurisdictional statutes unless diversity): **Lanham Act 15 U.S.C.**
Brief description of cause: **Lanham Act claims and related state claims**

## VII. REQUESTED IN COMPLAINT:
☐ Check if this is a Class Action under F.R.C.P. 23  Demand $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) (See instructions):
JUDGE  
DOCKET NO.  
Explanation:

DATE **December 30, 2009**

Signature of Attorney of Record David G. Gilfillan

30C - Civil Cover Sheet
JS44
Rev. 5/08    P9/08

Powered by HotDocs

Printed by ALL-STATE LEGAL*
A Division of ALL-STATE International, Inc.
www.aslegal.com  800.222.0510    Page 1