DAVID G. GILFILLAN
CARELLA, BYRNE, BAIN, GILFILLAN,
 CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
Attorneys for Plaintiff,
Supreme Oil Company, Incorporated

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPREME OIL COMPANY, INCORPORATED, | |
| Plaintiff, | *Civil Action No.:*_____ |
| vs. | **RULE 7.1** |
| SIROB IMPORTS, INC. and JOHN DOES 1-10, | **DISCLOSURE STATEMENT** |
| Defendants. | |

### SUPREME OIL'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Supreme Oil Company, Incorporated ("Supreme Oil") hereby certifies that it has no corporate parent, and no publicly held corporation owns 10% or more of its stock.

> CARELLA, BYRNE, BAIN, GILFILLAN
>  CECCHI, STEWART & OLSTEIN
> ATTORNEYS FOR PLAINTIFF,
> SUPREME OIL COMPANY, INCORPORATED
>
> By:   */s/ David G. Gilfillan*
>         David G. Gilfillan

Dated: December 30, 2009