**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| Supreme Oil Company | ) | |
|    Plaintiff(s) | ) | CIVIL ACTION NO. |
| | ) | 2:09 CV-06565-WJM-MF |
| v. | ) | |
| | ) | |
| Sirob Imports, Inc. | ) | |
|    Defendant(s) | ) | |
| | ) | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF NOTICES**

     Please Take Notice that this firm represents Defendant Sirob Imports, Inc. in the above captioned action. Please enter our appearance on behalf of said Defendant, place our name and address on the distribution list, and direct copies of all notices in this District Court proceeding, regardless of form, to the following:

    Christopher A. Erd, Esq.
    Williams, Caliri, Miller & Otley, P.C.
    Attorney for Defendant
    1428 Route 23
    Wayne, New Jersey 07470
    cerd@wcmolaw.com
    (973) 694-0800 – Phone
    (973) 694-0302 – Fax

Dated: February 1, 2010

                                                                       Christopher A Erd, Esq