UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Supreme Oil Company | ) | |
| Plaintiff(s) | ) | CIVIL ACTION NO. |
| | ) | 2:09 CV-06565-WJM-MF |
| v. | ) | |
| | ) | |
| Sirob Imports, Inc. | ) | |
| Defendant(s) | ) | |
| | ) | |

**APPLICATION FOR EXTENSION OF TIME TO
ANSWER, MOVE, OR OTHERWISE REPLY
[ Local Civil Rule 6.1 (b) ]**

Application is hereby made for a Clerk's Order extending the time within which the defendant Sirob Imports Inc. may answer, move, or otherwise reply to the Compliant filed by plaintiff herein and it is represented that:

1. No previous extension has been obtained
2. Service of Process was effected on January 12, 2010
3. Time to Answer, Move, or otherwise Reply expires on February 2, 2010
4. The Plaintiff's attorney stated that Plaintiff will not object to a twenty day extension of time
5. The Time to Answer or otherwise Reply is now February 22, 2010 with the extension

_____
Christopher A Erd, Esq
Attorney for Defendant
Williams, Caliri, Miller & Otley P.C.
1428 Route 23
Wayne New Jersey 07470

**ORDER**

The above application is ORDERED GRANTED extended to February 22, 2010
ORDER DATED: _____

William T. Walsh, Clerk
By:_____
Deputy Clerk